IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01612-WYD-KLM

MELODY RAMSEY,

    Plaintiff,

v.

GORDON H. MANSFIELD, Acting Secretary of Veteran's Affairs; and
JOHN AND JANE DOES 1-25,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Objection to Referral to Magistrate Judge 6 Days Out of Time is **GRANTED**. Plaintiff's Objection to Order of Referral to Magistrate for Any and All Non-Dispositive matters (docket # 4-2) shall be accepted for filing.

    Dated: January 9, 2008