IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02612-WYD-KLM

MELODY RAMSEY,

    Plaintiff,

v.

GORDON H. MANSFIELD, Acting Secretary of Veteran's Affairs; and
JOHN AND JANE DOES 1-25,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Objection to Order of Referral to Magistrate for all Non-Dispositive Matters (filed January 8, 2008) is **OVERRULED**. The Order of Reference was proper pursuant to the provisions of FED. R. CIV. P. 72(a) and D.C.COLO.LCivR 72.1(C), and Plaintiff's consent to such a reference is not required. Further, I find no basis to Plaintiff's arguments that the Order of Reference should be withdrawn or stayed.

    Dated: January 14, 2008