IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02612-WYD-KLM

MELODY RAMSEY,

   Plaintiff,

v.

GORDON H. MANSFIELD, Acting Secretary of Veteran's Affairs; and
JOHN AND JANE DOES 1-25,

   Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Defendant's **Motion to Vacate Scheduling/Planning Conference and Stay Discovery** [Docket No. 10; filed February 6, 2008] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The parties are ordered to confer in creating a Scheduling Order, as required by the Court's Order dated January 3, 2008 [Docket No. 3]. **Plaintiff is specifically warned that her failure to confer will result in the imposition of sanctions.** In the event that a Proposed Scheduling Order is not submitted by the parties, the Court will enter a Scheduling Order *sua sponte.*

   Dated:   February 7, 2008